## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

### JUDGE PHILIP A. BRIMMER

### COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: February 12, 2016 |
| Court Reporter: Janet Coppock | Time: 30 minutes |
| Probation Officer: Melissa Roberts | Interpreter: Susana Cahill |

## CASE NO.  15-CR-00302-PAB

Parties                                                    Counsel

**UNITED STATES OF AMERICA,**                 Wayne Paugh


        Plaintiff,

vs.

**NOEL QUINTANA-DE LA CRUZ,**              David Johnson


        Defendant.

### SENTENCING

**10:16 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

Interpreter is sworn with no challenges to her qualifications.

**ORDERED:**  The statement of facts in the Plea Agreement, the Presentence Report and its Addendums are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
15-CR-00302-PAB
February 12, 2016

Argument by Mr. Johnson in support of the defendant's Motion for Below Guideline, Downward Variance Sentence and comments addressing sentencing.

Argument by Mr. Paugh and comments addressing sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**   Defendant's Motion for Below Guideline, Downward Variance Sentence [Docket No. 27], is **GRANTED in PART**.

Defendant entered his plea on **November 13, 2015** to count **One of the Indictment.**

**ORDERED:**   Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**   Defendant shall be **imprisoned** for **time served.**

**ORDERED:**   Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**   Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

Defendant is advised that if he enters or remains in the United States illegally, possesses a firearm or illegally possesses a controlled substance, he may be subject to further federal prosecutions.

**ORDERED:**   Defendant advised of right to appeal. To the extent to which the defendant has waived some appellate rights, he is directed to consult with the plea agreement and his attorney. Any notice of appeal must be filed within 14 days from entry of judgment.

**ORDERED:**   A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

Page Three
15-CR-00302-PAB
February 12, 2016

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**10:46 a.m.    COURT IN RECESS**

**Total in court time:   30 minutes**

**Hearing concluded**